NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3232

STEVEN J. MOWERY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH0752090184-I-1.

ON MOTION

O R D E R

Upon consideration of the Department of Defense's unopposed motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1)     The motion is granted and the revised official caption is reflected above.

(2)     The respondent should calculate its brief due date from the date of filing of this order.

SEP - 2 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Steven J. Mowery
        Michael D. Snyder, Esq.
        B. Chad Bungard, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK